# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2015

148811

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

MILDRED FERN CONLEY,
            Plaintiff-Appellant,

v

CHARTER TOWNSHIP OF BROWNSTOWN,
            Defendant-Appellee,

and

EDWARD JOSEPH MOISE,
            Defendant.

SC: 148811
COA: 310971
Wayne CC: 11-001429-NI

_____/

      By order of July 29, 2014, the application for leave to appeal the January 16, 2014 judgment of the Court of Appeals was held in abeyance pending the decisions in *Hunter v Sisco* (Docket No. 147335) and *Hannay v Dep't of Transportation* (Docket No. 146763). On order of the Court, the cases having been decided on December 19, 2014, ___Mich ___ (2014), the application is again considered. In light of these decisions, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, and we REMAND this case to the Wayne Circuit Court for further proceedings not inconsistent with this order.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2015



Clerk

p0318